UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:   Jacqueline Rodriguez Ramos          Case No: 15-25244-RBR
                                             Chapter **7**

_____Debtor_____/

## NOTICE OF RESCHEDULING OF 341 MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that a hearing on the above matter is rescheduled for

*September 29, 2015 at 10:00 AM* at the following location:

**US Bankruptcy Courthouse
299 E. Broward Blvd #411
Ft. Lauderdale, FL 33301**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Re- Notice of 341 Meeting of Creditors the foregoing was sent via ECF and U.S. Regular Mail has been sent this 28th **day of August, 2015** via ECF to Kenneth Welt, Trustee, and via regular mail to Jacqueline Rodriguez Ramos, 12850 West State Rd 84 #4-28, Davie, FL 33325 debtor and to all parties on the mailing matrix.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-374-1234

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq.,
    FBN#0442161

| | | |
|---|---|---|
| Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144 | ARS<br>P.O. Box 630806<br>Cincinnati, OH 45263 | ARS<br>P.O. Box 630806<br>Cincinnati, OH 45263 |
| ARS<br>P.O. Box 630806<br>Cincinnati, OH 45263 | Ars Account Resolution<br>1643 Harrison Pkwy Ste 1<br>Sunrise, FL 33323 | Ars Account Resolution<br>1643 Harrison Pkwy Ste 1<br>Sunrise, FL 33323 |
| Ars Account Resolution<br>1643 Harrison Pkwy Ste 1<br>Sunrise, FL 33323 | Avelo Mortgage LLC<br>250 E. John W. Carpenter FWy<br>Irving, TX 75062 | BB3 Fitness & Nutrition<br>Center<br>250 Racquest Club Rd<br>Fort Lauderdale, FL 33326 |
| Carter-Young Inc<br>Po Box 82269<br>Conyers, GA 30013 | Carter-Young Inc<br>Po Box 82269<br>Conyers, GA 30013 | Central Florida Invest<br>2801 Old Winter Garden R<br>Ocoee, FL 34761 |
| Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224 | Check Mart of Florida<br>3493 Davie Blvd<br>Fort Lauderdale, FL 33312 |
| Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | Eqautln | Fifth Third Bank<br>POB 630900<br>Washington, MO 63090 |
| First Fed Credit & Col<br>5821 Hollywood Blvd Ste<br>Hollywood, FL 33021 | First Fed Credit & Col<br>5821 Hollywood Blvd Ste<br>Hollywood, FL 33021 | Florida Power and Light<br>507 Prudential Rd H<br>Horsham, PA 19044 |
| Great Expressions Dental<br>POB 2827<br>Norcross, GA 30091 | HSBC<br>P.O. BOX 1880<br>Voorhees, NJ 08043 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 |
| Instaloan<br>1030 West Sunrise Blvd<br>Fort Lauderdale, FL 33311 | Memorial Healthcare System<br>2900 Corporate Way<br>Miramar, FL 33025 | Memorial Healthcare System<br>2900 Corporate Way<br>Miramar, FL 33025 |
| Memorial Healthcare System<br>2900 Corporate Way<br>Miramar, FL 33025 | Memorial Healthcare System<br>2900 Corporate Way<br>Miramar, FL 33025 | Memorial Hospital Miramar<br>POB 459077<br>Fort Lauderdale, FL 33345 |
| Memorial Hospital Miramar<br>POB 2858<br>Raleigh, NC 27602 | Memorial Hospital Miramar<br>POB 2858<br>Raleigh, NC 27602 | Memorial Hospital Miramar<br>POB 2858<br>Raleigh, NC 27602 |